IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| **NKOLI D. IKE-EZUNAGU,** | * | |
| **Plaintiff** | * | |
| v. | * | |
| **DECO, INC.,** | * | **CASE NO.: RWT 09-CV-526** |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO COMPLAINT

NOW COMES Deco, Inc., Defendant, by and through its attorneys, Paul M. Finamore and Niles, Barton, & Wilmer, LLP, and hereby files this Answer to Plaintiff's Complaint and responds to the correspondingly numbered paragraphs of the Complaint filed herein as follows. Except as otherwise admitted, modified or explained, each and every allegation contained in the Complaint is denied.

1. Paragraph 1 sets forth the legal basis upon which Plaintiff bases her Complaint. Defendant denies that it violated any of the enumerated statutes and contends that Plaintiff fails to state a claim under any of them.

2. Paragraph 2 contains legal averments to which no response is required.

3. Paragraph 3 contains legal averments to which no response is required. To the extent that the averments in Paragraph 3 allege that Defendant committed "acts of discrimination," Defendant denies such averments.

4. Defendant admits that Plaintiff filed a Charge with the EEOC, but is without sufficient information to admit or deny the remaining averments of Paragraph 4. To the extent that the averments of Paragraph 4 are meant to incorporate Plaintiff's Charge with the EEOC, Defendant denies the averments in Plaintiff's Charge.

5. Defendant is without sufficient information to admit or deny the averments of Paragraph 5.

6. Defendant denies that its services are offered to the "public." Defendant admits that it employs more than 100 employees. The remaining averments in Paragraph 6 contain legal averments to which no response is required.

7. Defendant is without sufficient information to admit or deny the averments of Paragraph 7.

8. Defendant is without sufficient information to admit or deny the averments of Paragraph 8.

9. Defendant admits that Plaintiff was working on a Department of Health and Human Services location in Rockville, MD. Defendant denies the remaining averments of Paragraph 9.

10. Denied. Defendant admits that Plaintiff "complained to the EEOC," but denies the averments setting forth the complaints.

11. Defendant is without sufficient information to admit or deny the averments of Paragraph 11.

12. Defendant is without sufficient information to admit or deny the averments of Paragraph 12.

13. Admitted.

14. Denied.

15. Denied.

16. Denied.

17. Defendant adopts and incorporates its responses to Paragraphs 1 through 16 as if fully set forth herein.

18. Paragraph 18 contains legal averments to which no response is required.

19. Denied.

20. Denied.

21. Defendant adopts and incorporates its responses to Paragraphs 1 through 21 as if fully set forth herein.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

## **GENERAL DENIAL**

Defendant generally denies all of the allegations in Plaintiff's Complaint. Defendant generally denies that Plaintiff is entitled to any remedy and specifically denies that Plaintiff is entitled to any remedy requested in her Complaint in Part V, paragraphs 1 through 8.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff's claim is barred by the applicable statute of limitations.

2. Plaintiff has failed to state a claim upon which relief can be granted.

3. Plaintiff's claim is barred by the doctrine of employment at-will.

4. Plaintiff was not terminated, but voluntarily resigned her position.

5. Plaintiff has failed to exhaust her administrative remedies under law and in accordance with the applicable collective bargaining agreement.

6. Defendant reserves the right to adopt additional affirmative defenses as allegations and averments underlying Plaintiff's claims become clear.

WHEREFORE, having fully answered the Plaintiff's Complaint, Defendant Deco, Inc. respectfully requests that this Honorable Court dismiss the Plaintiff's Complaint with prejudice and to grant Defendant any other relief that the Court may deem appropriate.

                    /s/
PAUL M. FINAMORE,
      Federal Bar #: 05992
Niles, Barton & Wilmer, LLP
111 South Calvert Street
Suite 1400
Baltimore, Maryland 21202
Telephone (410) 783-6349
Facsimile (410) 783-6455
Email pmfinamore@nilesbarton.com
**Attorneys for Defendant**

ND: 4816-0475-7764, v. 1